

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Marjorie Washington,        * From the County Court at Law No. 3 of Tarrant County, Trial Court No. 2023-007681-3.

Vs. No. 11-24-00126-CV        * July 10, 2025

Joe's Pit Stop and Joseph W. King, Jr.,        * Memorandum Opinion by Trotter, J. (Panel consists of: Bailey, C.J., Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.